**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Cesar Arreola−Ortega, et al.

                Plaintiff,

v.                                                 Case No.: 1:17−cv−05927
                                                Honorable Sharon Johnson Coleman

MJ Asphalt Paving Company, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 6/12/2019. The parties' joint motion for approval of settlement [82] is granted. Enter Order. Case is dismissed with prejudice with each party to bear its own fees and costs. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.