UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CESAR ARREOLA-ORTEGA, SALVADOR CANTERO, NOE ROMAN on behalf of themselves and other similarly situated individuals, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 17 C 5927 |
| v. | ) Judge Sharon Johnson Coleman |
| M & J ASPHALT PAVING COMPANY, INC. and JAMES V. DISTASIO, Individually, | ) Magistrate Judge Susan E. Cox |
| Defendants. | ) |

## ORDER

This cause comes to be heard on the Parties' Joint Motion for Approval of Settlement (the "Motion") (collectively Plaintiffs and Defendants are referred to as the "Parties"). The Court having been fully advised, reviewed and considered the Settlement, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement is a fair and reasonable compromise of a *bona fide* dispute between the Parties;

2. The Motion is granted;

3. The Court hereby approves the terms provided in the Settlement Agreement. The Settlement Agreement is the result of arm's length negotiations and provides substantial relief to Plaintiffs;

4. The amounts payable to the Plaintiffs identified in the Motion are approved;

5. Despres, Schwartz & Geoghegan, Ltd. is awarded $70,000 as full and complete satisfaction of their fees and costs;

      6.      The Farmworker & Landscaper Advocacy Project is awarded $30,000 as full and complete satisfaction of their fees and costs; and

      7.      Cesar Arreola-Ortega, Salvador Cantero, Noe Roman and Oscar Arreola-Ortega's claims and this action are dismissed with prejudice. Each party shall bear their own fees and costs in accordance with the terms of the Settlement Agreement.

IT IS SO ORDERED.

Date: 6/12/2019

Entered: _____
SHARON JOHNSON COLEMAN
United States District Judge

2